Certificate Number: 14912-PAM-DE-031115641

Bankruptcy Case Number: 51-80153


14912-PAM-DE-031115641

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 31, 2018</u>, at <u>10:51</u> o'clock <u>PM EDT</u>, <u>Jefford Brown</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>May 31, 2018</u>  By: <u>/s/Jai Bhatt</u>

Name: <u>Jai Bhatt</u>

Title: <u>Counselor</u>

Certificate Number: 14912-PAM-DE-031115642

Bankruptcy Case Number: 51-80153


14912-PAM-DE-031115642

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 31, 2018</u>, at <u>10:51</u> o'clock <u>PM EDT</u>, <u>Jennifer Muracco - Brown</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>May 31, 2018</u>          By: <u>/s/Jai Bhatt</u>

                              Name: <u>Jai Bhatt</u>

                              Title: <u>Counselor</u>